```
                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**　　　　　　　　　　　　　　　　　Case No. 07-cr-66-01-PB

**Jonathan Welch**


**O R D E R**

The defendant, through counsel, has moved to continue the May 1, 2007 trial in the above case, citing the need for additional time to complete discovery and address pending state charges against him.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2007 to August 21, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 20, 2007 final pretrial conference is continued to July 24, 2007 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 20, 2007

cc: Ray Raimo, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal