```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**　　　　　　　　　　　　　　　　Case No. 07-cr-66-PB

**Jonathan Welch**

**O R D E R**

The defendant, through counsel, has moved to continue the October 10, 2007 trial in the above case, citing the need for additional time to engage in further plea negotiations and set a plea hearing.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 10, 2007 to January 8, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

```
     SO ORDERED.


                                     /s/Paul Barbadoro
                                     Paul Barbadoro
                                     United States District Judge
October 9, 2007

cc:  Ray Raimo, Esq.
     Terry Ollila, AUSA
     United States Probation
     United States Marshal
```